Jeffrey J. Goulder (#010258)
Matthew B. Meaker (#022595)
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
(602) 279-1600
Fax: (602) 240-6925
E-mail: jgoulder@stinsonmoheck.com

Attorneys for Plaintiff/Counterdefendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORPORATION, an Arizona corporation, | Case No. CV04-1045 PHX RCB |
| Plaintiff/Counterdefendant, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | (Assigned to the Honorable Robert C. Broomfield) |
| RENEGADE PROMOTIONS, LLC, a Colorado limited liability company, | |
| Defendant/Counterclaimant. | |

Plaintiff and Defendant hereby stipulate to the dismissal of this action with prejudice with all parties to bear their own attorneys' fees and costs. A proposed form of Order is submitted herewith.

DB02/803485 0002/7255040.1

1 | RESPECTFULLY SUBMITTED this 14th day of August, 2006.

**STINSON MORRISON HECKER LLP**

By: /s/ Jeffrey J. Goulder
Jeffrey J. Goulder
Matthew B. Meaker
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Plaintiff

**HAMMOND & TOBLER, P.C.**

By: /s/ Doug Tobler
Doug Tobler
1212 E. Osborn Road
Phoenix, Arizona 85014-5531
Attorneys for

2

DB02/803485 0002/7255040.1

I hereby certify that on this 14th of August, 2006, I caused the foregoing to be filed electronically with the Clerk of the Court through ECF and that ECF will send an e-notice of the electronic filing to all registered ECF participants. A courtesy copy of the foregoing was hand-delivered to the Honorable Robert C. Broomfield on the 14th day of August, 2006.

/s/ MaryEllen Santana